AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  OHIO

James Sudberry,

V.

Lula Rome, et al.,

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:07-cv-597

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...the Court concludes that plaintiff's complaint is subject to dismissal as frivolous, for lack of subject matter jurisdiction, and for failure to state a claim for relief. The complaint is hereby DISMISSED. The court certifies that an appeal of this order would not be taken in good faith and therefore denies plaintiff leave to appeal in forma pauperis.

September 20, 2007  James Bonini
Date  Clerk

(By) Deputy Clerk